**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 18-14267-AJC

REYNALDO ORDONEZ,

    Debtor.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on August 3, 2018, I served a conformed copy of *Order Granting Motion DE#[24] To Reconsider Orders. This Order Vacates, Order DE#[22], DE# [23], Grants Motion DE#[16] To Reconsider Order Dismissing Case. Grants Motion DE# [17] for Stay Relief and Modifies the Order Dismissing Case, DE# [13] for the sole and limited purpose of effectuating prospective relief from the automatic stay as described in the Order* [D.E. 28] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 3rd day of August, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ___/s/ Chase A. Berger_____
    Chase A. Berger, Esq.
    Florida Bar No. 083794
    cberger@ghidottiberger.com

<em>Case No.: 18-14267-AJC</em>

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern

District of Florida and I am in compliance with the additional qualifications to practice in this

court as set forth in Local Rule 2090-1(A).


By:     /s/ Chase A. Berger
              Chase A. Berger, Esq.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 3, 2018, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission

of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:


*Pro-Se Debtor*                              *Trustee*
**Reynaldo Ordonez**                         **Nancy K. Neidich**
15231 N.W. 88th Avenue                       P.O. Box 279806
Miami Lakes, FL 33018                        Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130


By:     /s/ Chase A. Berger
              Chase A. Berger, Esq.